MITCHELL D. GLINER, Esq.
Nevada Bar No. 3419
3017 West Charleston Blvd., Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 FAX
Attorney for Plaintiff

2005 MAR 15  P 3:01

MJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELLEN BEAUCLAIR-HARTER,          )          CV-S-05-0357-RLH-PAL
                                 )
               Plaintiff,        )
                                 )
vs.                              )
                                 )
EXPERIAN INFORMATION             )
SOLUTIONS, INC.                  )
               Defendant.        )          **JURY DEMANDED**
_____  )

## COMPLAINT

### JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3.  Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5. Experian is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. In 2001, Plaintiff entered into a payment plan with Providian, whereby Plaintiff was required to pay $67.00 each month until her account was paid in full.

8. Plaintiff honored the agreement and paid off the account in September, 2003.

9. However, each month Providian reported Plaintiff's account as *30 days late*.

10. Each time Plaintiff contacted Providian's customer service department, the representatives agreed to have the reporting corrected.

11. It never was.

12. Plaintiff has repeatedly disputed with Defendant the multiple latenesses reported by Providian.

13. On October 19, 2004, Plaintiff sent Defendant a dispute which contained the *account payment history* (Exhibit 1).

14. On October 27, Defendant *blithely* responded indicating the account was "previously investigated" and that Experian would take no further action (Exhibit 2).

15. Exhibit 2 reflects not only Defendant's sublime indifference, but also, 16 *30 day lates*.

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

13. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. By willfully and/or negligently failing, in the preparation of the

2

1 consumer reports concerning Plaintiff, to follow reasonable
2 procedures to assure maximum possible accuracy of the information
3 in the reports.
4     b. By willfully and/or negligently failing to comport with FCRA
5 § 1681i.

6 PRAYER FOR RELIEF

7 THEREFORE, Plaintiff prays that the court grant the following relief as against
8 Defendant:
9     a. actual damages;
10     b. punitive damages;
11     c. attorney's fees; and
12     d. costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

October 19, 2004

## CERTIFIED MAIL, RETURN RECEIPT REQUESTED

EXPERIAN INFORMATION SERVICES, LLC
NCAC
P. O. Box 9595
Allen, Texas 75013

Re:  **ELLEN BEAUCLAIR-HARTER**

Dear Sir:

This letter is a dispute.  I enclose an excerpt from my combined credit profile.

I also provide my personal information: Name: Ellen Beauclair-Harter; spouse: N/A; present addresses: 849 Cottonwind Street, Henderson, NV 89015; previous address: N/A; S.S. No.: ;
date of birth: 1964.

The bracketed Providian Financial account reflects that I have been repeatedly late.  In fact, 18 late payments are reflected over the course of the loan.  I have enclosed the Payment History relating to this account.  Providian agreed to accept these payments as reported in the Payment History.  Instead, they have accepted these payments and have failed to properly report the account's status. Please remove the delinquent payment history from this account.

Last, the bracketed Verizon Wireless account reflects an active collection status.  This account was paid in full.  Please update this account to reflect its fully paid status.

Thank you.

                                        Ellen Beauclair-Harter

Enclosures



LANDSAFE CREDIT MERGE REPORT                               Page 1

Request Date/Time: 09/15/2004 05:39:27 PM            Request ID: CC1653563862
Prepared For: FULL SPECTRUM                          Account #:  0000679000000000
Subject: BEAUCLAIR - HARTER, ELLEN(ssn 113585815)
Spouse:
Address: 849 COTTON WIND STREET , HENDERSON, NV 89015
--------------------------------------------------------------------------------
PUBLIC RECORD INFORMATION
--------------------------------------------------------------------------------
NOTE:  Public records may contain duplicate information.  This report
       displays all information reported by the repositories accessed.

BANKRUPTCIES
------------
CHAPTER 7 BANKRUPTCY FILED IN 03-1999;
    LIABILITIES: $177837; ASSETS: $116970; STATUS: Discharged 06-1999;
    US BKPT CT NV LAS VEGA 2001;  DOCKET# 9911889; I-SUBJECT;
    (EFX-Z4944241,TUC,XPN); REPORTED 03-1999;

--------------------------------------------------------------------------------
COLLECTIONS
--------------------------------------------------------------------------------
    -- No Information Was Found --

--------------------------------------------------------------------------------
DEROGATORY TRADELINES
--------------------------------------------------------------------------------
Account Name/Number                        (Bureau Reporting)   Past Due    Last
Type Open      High     Pymt    Balance MOP Status    Rptd      30 60 90+ MR Dlq

Accounts under Subject/Spouse:
------------------------------
PROVIDIAN FINANCIAL/1400748541             (XPN+-3208490,TUC+,EFX+)    SUBJECT
I    12-2000 3316     84      2715    R-1 Current  09-2004  18 00 00  45 03-2003
Hist:09-2004 CCCCCCCCCCCCCCCCCCC111111     LACT      08-2004
Ctgy:Credit card                           Term:REV Lmt:3200
Account Closed by consumer
Credit Line Closed - Consumer Request - Reported by Subscriber
Account closed by consumer

FORD CRED/24049684                         (XPN-1631440,TUC+,EFX)      SUBJECT
I    06-2000 17103    393     2288    I-1 Current  08-2004  01 00 00  50
Hist:08-2004 CCCCCCCCCCCCCCCCCCCCCCCCC      LACT      08-2004
Ctgy:Automobile                            Term:54  Lmt:0
Auto

CAPITAL ONE BANK/412174140129              (XPN+-1270246,TUC,EFX)      SUBJECT
I    02-1997 1080    0       0        R-7 WEP      09-2004  02 00 00  25 03-1999
Hist:09-2004 -----------------------         PAID      12-1998
Ctgy:Credit card                           Term:REV Lmt:0
Chapter 7 bankruptcy
Bankruptcy Chapter 7

CBUSASEARS/66107786                        (XPN+-1323270,EFX)          SUBJECT
I    03-1995 1911    0       0        R-7 WEP      09-2004  01 00 00  23 03-1999
Hist:09-2004 -----------------------         LACT      06-1999
Ctgy:Revolving Charge Account              Term:REV Lmt:0
Bankruptcy Chapter 7

LANDSAFE CREDIT MERGE REPORT                              Page 3

Request Date/Time: 09/15/2004 05:39:27 PM           Request ID: CC1653563862

---

DEROGATORY TRADELINES
---

```
Account Name/Number                         (Bureau Reporting)   Past Due    Last
Type  Open    High   Pymt   Balance  MOP Status      Rptd        30 60 90+ MR Dlq
```

Accounts under Subject/Spouse:

```
TXACO/CITI/3206507109                       (XPN+-1232920,EFX)                SUBJECT
 I   03-1998  209     0       0       R-7 WEP        07-2004    00 00 00  1
Hist:07-2004 -----------------------       LACT      12-1998
Ctgy:Credit card                            Term:REV Lmt:0
Account in dispute-reported by subscriber
Bankruptcy Chapter 7

VERIZON WIRELESS/11030319620200001          (XPN+-1944327,EFX+)               SUBJECT
 I   06-1998  67      0       0       0-9 Coll-P&L   01-2004    00 00 00  3
Hist:01-2004 -                              LACT     12-2002
Ctgy:Unknown                                Term:1    Lmt:0
Charged off account
Amount in high credit original charge-off amount

CAPITAL ONE BANK/529115192625               (XPN-1270246,TUC,EFX+)            SUBJECT
 I   06-2001  1296    0       0       R-1 Current    11-2003  03 01 00  29 02-2002
Hist:11-2003 CCCCCCCCCCCCCCCCCCCCC1C2       CLOSED   10-2003
Ctgy:Credit card                            Term:REV Lmt:0
Account Closed by consumer
Credit Line Closed - Consumer Request - Reported by Subscriber
Paid account/zero balance

MBGA/JC PENNEY/600889825290                 (XPN+-3321860,TUC)                SUBJECT
 I   04-1987  764     0       0       R-7 WEP       08-2004    00 00 00  1
Hist:03-1999 -                              CLOSED  04-1999
Ctgy:Revolving Charge Account               Term:REV Lmt:764
Chapter 7 bankruptcy

HHLD BANK/81135858154                       (XPN+-2156646)                    SUBJECT
 I   08-1997  3726    0       0       R-7 WEP       03-1999  01 02 05  18 02-1999
Hist:03-1999 -54332321CCCCCCCCC             LACT    12-1998
Ctgy:Revolving Charge Account               Term:REV Lmt:0

HARRIS BANK NH, N.A./5230011012543219       (XPN+-1220430)                    SUBJECT
 I   04-1989  2189    0       0       R-7 WEP       03-1999    00 00 00  1
Hist:03-1999 -                              LACT    12-1998
Ctgy:Credit card                            Term:REV Lmt:2137

CHASE MANHATTAN MORTGA/11042512             (XPN+-3900510)                    SUBJECT
 I   09-1997  25000   0       0       M-1 Current   10-2003  07 02 00  65 10-2001
Hist:10-2003 -CCCCCCCCCCCCCCCCCCCCCCCC      LACT
Ctgy:Conventional RE mortgage               Term:300 Lmt:0

WFFINANCE/108309700739675                   (XPN+-3558395)                    SUBJECT
 I   08-1997  900     0       0       R-1 Current   07-2004  06 01 07  82 12-2000
Hist:07-2004 CCCCCCCCCCCCCCCCCCCCCCCC       LACT    12-2000
Ctgy:Revolving Charge Account               Term:REV Lmt:900
```

CES
PO BOX 2579
COLUMBIA MD 21045-2579


consumer education services inc.

Phone number: (888) 419-2374
Fax number: (888) 702-0008

ELLEN BEAUCLAIR-HARTER
849 COTTONWIND ST.
HENDERSON, NV 89015

Print Date: May 21, 2004

## PAYMENT HISTORY

| Date | Creditor | Account Number | Payment Received | Payment Issued | Check Number | Date Cleared |
|---|---|---|---|---|---|---|
| Sep 03 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000002360819 | |
| Aug 05 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023338553 | |
| Jul 07 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000002513311 | |
| Jun 04 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000024879214 | |
| May 06 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000024557324 | |
| Apr 03 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000024402475 | |
| Mar 05 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000024162290 | |
| Feb 04 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023932667 | |
| Jan 03 2003 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023674643 | |
| Dec 04 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023470233 | |
| Nov 05 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023270583 | |
| Oct 04 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000023001902 | |
| Sep 03 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000022718335 | |
| Aug 03 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000022492845 | |
| Jul 05 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000022339085 | |
| Jun 05 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000022205636 | |
| May 03 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000022006544 | |
| Apr 03 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021814037 | |
| Mar 05 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021603443 | |
| Feb 05 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021502823 | |
| Jan 03 2002 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021336865 | |
| Dec 03 2001 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021223475 | |
| Nov 05 2001 | PROVIDIAN SecuredCard/JointVent | 4559501400748541 | | $67.00 | 009000021172163 | |

**experian**

**Prepared for**
ELLEN BEAUCLAIR-HARTER
**Report number**
2100784787

**Report date**
October 27, 2004
www.experian.com/disputes
Call 800 583 4080

Page 1 of 20

## Dear ELLEN BEAUCLAIR-HARTER,

*In assisting you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

VERIZON WIRELESS
110303196202.....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.-*

PROVIDIAN FINANCIAL
4550731011111....
*WAS PREVIOUSLY INVESTIGATED-*

We are responding to your request to verify item(s) on your personal credit report. We have already investigated this information and the credit grantor has verified its accuracy. Please refer to the personal credit report you received for the name and address of the credit grantor who verified this information. If you still believe the item is inaccurate, then we can add a statement of continued dispute to your personal credit report at your request, or you may wish to contact the credit grantor. Potentially negative information, such as missed or late payments, and most public record items remain on the credit report for 7 years, with the exception of Chapters 7, 11 and 12 bankruptcies, which remain for 10 years and unpaid tax liens which remain for 15 years.

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents). Once we receive their response, we will send you the results of the investigation. If we do not receive a response within 30 days (21 days for Maine residents), we will update the item as you have requested or delete the information, and send you the results. If you submitted disputes to us, we are contacting the source of the information you questioned. When we complete our investigation process, which may take up to 30 days, we will send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/consumer.

Potentially negative information is removed 7 years from the initial missed payment that led to the delinquency. Missed payments and most public record items remain on the personal credit report for 7 years, except Chapters 7, 11 and 12 bankruptcies, which remain for 10 years, and unpaid tax liens, which remain for 15 years. A paid tax lien will remain for 7 years.

ELLEN BEAUCLAIR-HARTER
849 COTTON WIND ST
HENDERSON NV 89015-1825

0001580 3 AT 0.701 L 548
3-DIGIT 890

0234410838  L-548-01580-0110000

EXHIBIT 2

# experian

**Prepared for:**
ELLEN BEAUCLAIR-HARTER
**Report number**
210078478?

**Report date**
October 27 2004
www.experian.com/disputes
Call 800 583 4080

Page 8 of 20

## Credit items *continued*

| Source/<br>Account number<br>(except last few digits) | Date opened/<br>Reported since | Date of status/<br>Last reported | Type/<br>Terms/<br>Monthly payment | Responsibility | Credit limit or<br>original amount/<br>High balance | Recent balance/<br>Recent payment | Status Details |
|---|---|---|---|---|---|---|---|
| **13--MBGA/JC PENNEY**<br>PO BOX 981131<br>EL PASO TX 79998<br>(800) 527-4403<br>6008898252290..... | 4-1987/<br>- | 3-1999/<br>- | Revolving/<br>NA/<br>$0 | Individual | $764 /<br>$764 | $0 /paid as<br>of - / | Status: Discharged through Bankruptcy<br>Chapter 7.<br>Account history:<br>Debt included in Chapter 7 Bankruptcy<br>03/11/1999<br>This item was verified and updated on<br>7-2004. |
| **14--PROVIDIAN FINANCIAL**<br>4900 JOHNSON DR<br>PLEASANTON CA 94588<br>455950140074..... | 12-2000/<br>2-2001 | 8-2004/<br>10-2004 | Revolving/<br>NA/<br>$78 | Individual | $3,200 /<br>$3,316 | $2,592 as of<br>10-2004/ | Status: Closed/Current, was past due<br>30 days.<br>Account history:<br>30 days as of 11-2001 to 2-2003<br>Comment: *"Account closed at consumer's<br>request"*<br>This item was verified on 9-2004 and<br>remained unchanged. |
| **15--RNB - MERVYNS**<br>PO BOX 9475<br>MINNEAPOLIS MN 55440<br>4300950..... | 3-1995/<br>8-2004 | 8-2004/<br>8-2004 | Revolving/<br>NA/<br>$0 | Individual | NA/<br>$578 | $0 as of<br>8-2004/ | Status: Included in bankruptcy.<br>Account history:<br>Discharged Through BK Ch 7, 11, or<br>12 on 08/25/2004<br>Creditor's statement *"Purchased by<br>another lender."*<br>This item was verified and updated on<br>9-2004. |
| **16--VERIZON WIRELESS**<br>10734 INTERNATIONAL DR<br>RANCHO CORDOVA CA 95670<br>1103031962020..... | 6-1995/<br>4-2003 | 7-2003/<br>7-2003 | Installment/<br>1 Months/<br>$0 | Individual | $67 /<br>NA | NA | Status: Paid/Account charged off. $67<br>written off.<br>Account history:<br>Charge Off as of 4-2003<br>This item was verified and updated on<br>8-2003. |



0234410838   L-548-01580-0410000